UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
PETER RICHARD ANTHONY SIMPSON, :
                           Plaintiff, :
:
          -against- : 22-CV-8067 (VSB)
:
: **ORDER**
:
SILVIA MEJIA-JOHNSON and MARQUEZ :
TRUCKING, INC., :
:
                       Defendants. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On October 13, 2022, the parties filed a proposed case management plan. (Doc. 5.) The parties checked the box indicating that they consented "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)." (*Id.* at ¶ 1.) However, the parties have not submitted the AO 85 Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge. If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 form, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, on or before October 21, 2022. If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order, on or before October 21, 2022.

SO ORDERED.

Dated: October 14, 2022
      New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge