UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
        :
PETER RICHARD ANTHONY SIMPSON,  :
        :
       Plaintiff,  :
        :     22-CV-8067 (VSB)
   -against-  :
        :     **ORDER**
        :
SILVIA MEJIA-JOHNSON and MARQUEZ  :
TRUCKING, INC.,  :
        :
      Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On October 14, 2022, I ordered the parties to either file the required AO 85 Notice if consenting to the exercise of jurisdiction by a United States Magistrate Judge or file a corrected proposed case management plan indicating that they do not consent to continuing before a Magistrate Judge for all further proceedings. (Doc. 7.) The deadline to file the AO 85 Notice or a corrected case management plan was October 21, 2022 but the parties have failed to meet this deadline. Accordingly, it is hereby

      ORDERED that the parties comply with the terms of my October 14, 2022 order, (Doc. 7), by November 1, 2022.

SO ORDERED.

Dated: October 28, 2022
      New York, New York

                                           Vernon S. Broderick
                                           United States District Judge