```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER-RICHARD ANTHONY SIMPSON,          :
                                        :       22-CV-08067 (RWL)
                        Plaintiff,      :
                                        :
        - against -                     :       ORDER
                                        :
MEJIA-JOHNSON et al.,                   :
                                        :
                        Defendants.     :
                                        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of the parties having consented to my jurisdiction for all purposes, the parties shall meet and confer and by November 16, 2022 shall file a letter indicating whether, for purposes of settlement discussions, they still wish to proceed with my involvement in settlement discussions or, instead, prefer either (1) referral to the district's mediation program, or (2) referral to another Magistrate Judge.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2022
       New York, New York

1